UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| JONATHAN CIESIELSKI and JENNIFER CIESIELSKI, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) |
| Plaintiffs, | |
| vs. | |
| CLAIRE HICKEY, SCHNEIDER NATIONAL CARRIERS, INC. and EDWARD MORRISON, | |
| Defendants. | |

Case No.: 1:22-cv-1415

## NOTICE OF REMOVAL

Defendants, Schneider National Carriers, Inc. ("Schneider") and Edward Morrison ("Morrison"), by counsel and pursuant to 28 U.S.C. §§ 1441 & 1446, *et seq.*, hereby respectfully provide their Notice of Removal of this action from the Marion Superior Court (Indiana), to the United States District Court for the Southern District of Indiana, Indianapolis Division, and, in support thereof, state as follows:

1. Plaintiffs, Jonathan Ciesielski and Jennifer Ciesielski ("Plaintiffs"), filed their Complaint on February 8, 2022, in the Marion Superior Court. Service of the Summons and Complaint was achieved on Defendant Schneider on February 16, 2022 by certified mail. The exact date of service of the Summons and Complaint on Defendant Morrison is unknown; however, service is hereby acknowledged and accepted. The case is docketed in the Marion Superior Court as Cause No. 49D05-

2202-CT-004172. A true and accurate copy of the Complaint along with all process, pleadings, and orders served on Defendants in the Marion County case is attached hereto as Exhibit A.

2. Plaintiffs are residents and citizens of Alabama, and prior to January of 2021 were residents and citizens of both Kentucky and Indiana at various times.

3. Defendant Morrison is a resident and citizen of Missouri.

4. Defendant Claire Hickey is a resident and citizen of Illinois.

5. Defendant Schneider is a Nevada corporation with its principal place of business located in Wisconsin.

6. Plaintiffs are seeking compensation for personal and permanent injuries and loss of consortium damages they claim were the result of a February 9, 2020 motor vehicle accident which involved a collision between Plaintiff Jonathan Ciesielski, Defendant Claire Hickey and a tractor-trailer unit operated by Defendant Morrison, who was driving under the interstate operating authority of Defendant Schneider.

7. Defendants believe, in good faith, that Plaintiffs are claiming an amount in controversy in excess of $75,000.00, exclusive of interest and costs. This is based on discovery documents that were served by Plaintiff's counsel on June 17, 2022, but not accessible until June 20, 2022 when Plaintiff's counsel resent a link to the documents, including medical records and bills that show over $54,000 in medical expenses, which amount does not include future medical expenses, for Mr. Ciesielski that Plaintiffs claim were incurred as a result of the accident, indicating that Mr.

Ciesielski will seek damages for injuries and ongoing medical treatment. Such injuries and ongoing medical treat include, but are not limited to, lumbar-spine and cervical spine injuries including an L4-L5 disc protrusion that has resulted in stenosis, an L5-S1 disc protrusion that contacts both his traversing S1 nerve roots and has resulted in stenosis, a C6-C7 disc protrusion, a C4-C5 disc bulge, a C5-C6 disc bulge, cervical stenosis, fright and anxiety, and pain and suffering. Additionally, Plaintiff claims he suffers from lower back pain that flares up with activity, pain and stiffness in his neck and upper back, hot knife-life pain in his left hip that flares up when standing for long periods of time, numbness in his left thigh, occasional numbness in his upper extremities, knee pain when walking up and down stairs, and anxiety when driving near semi-trucks. Plaintiff claims the lumbar spine and cervical spine injuries are permanent. He claims he suffered lost time, loss of enjoyment of life, and diminished quality of life as a result of the accident. He claims he is still being treated for his injuries and does not yet know the full extent of his injuries and damages.

8.  Where there is complete diversity of citizenship between the parties and the amount in controversy is in excess of $75,000.00, there is subject matter jurisdiction over this case pursuant to 28 U.S.C.§1332(a).

9.  This matter is removable pursuant to 28 U.S.C. §1441(b) where there is complete diversity of citizenship between the parties.

10. That pursuant to 28 U.S.C. §1446 filed herewith as <u>Exhibit A</u> is a true and correct copy of all process, pleadings and orders served upon Defendants Schneider and Morrison in this action.

11. The Notice of Removal was filed within 30 days, from which Defendants first ascertained the case is one which is removable and was also filed within one year of commencement of the state court action.

12. Accordingly, pursuant to 28 U.S.C. § 1332 (a)(1), this Court has original jurisdiction of this action because the amount in controversy is in excess of the sum of $75,000.00, exclusive of interest and costs, and the parties are citizens of different states. Therefore, removal is appropriate under 28 U.S.C. § 1441(b).

13. Venue is proper in this district because Plaintiffs filed their original state court action in Marion County, Indiana.

14. True and accurate copies of the Notice of Removal with accompanying exhibits will be promptly filed with the Clerk of the Marion Superior Court and also served upon all counsel of record in the Marion County case.

15. Counsel for Defendants Schneider and Morrison has consulted with counsel for Co-Defendant Claire Hickey, and Hickey consents and does not object to this removal.

16. By filing this Notice of Removal, Defendants Schneider and Morrison do not waive any defenses available to them.

WHEREFORE, Defendants, Schneider National Carriers, Inc. and Edward Morrison, by counsel, hereby respectfully provide this notice that this action is

removable to this Court from the Marion Superior Court, Indiana, pursuant to 28 U.S.C. § 1441, seek its removal to this Court, and pray for any and all other necessary and proper relief in the premises. Defendants further pray that there be no further proceedings in this action in the Marion Superior Court, Indiana.

Date: July 15, 2022

Respectfully submitted,

**/s/Renea E. Hooper**
Renea E. Hooper
Attorney No. 26629-45
**Scopelitis, Garvin, Light, Hanson & Feary, P.C.**
10 West Market Street, Suite 1400
Indianapolis, IN 46204
Tel. (317) 637-1777
Fax (317) 687-2414
rhooper@scopelitis.com

Attorney for Defendants, Schneider National Carriers, Inc. and Edward Morrison

4894-8097-2328,